**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| NICKOLAS WOLFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:23-CV-48 |
| | § | |
| JULIE SMITHERMAN, *et al.*, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM AND ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Nickolas Wolfford, an inmate previously confined at the Polansky Unit of the Texas Department of Criminal Justice, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Julie Smitherman and Kenzie Watkins.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Defendants' motion for summary judgment and dismissing the action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. Fed. R. Civ. P. 72(b).

After careful consideration, the court concludes the objections are without merit. The magistrate judge's recommendation was based on the conclusion that there was no genuine issue of material fact as to whether plaintiff exhausted his administrative remedies prior to filing suit. The summary judgment evidence showed that plaintiff did not file a step one grievance concerning

the incidents at issue until six days after commencing this lawsuit. The Fifth Circuit has held that the grievance process must be completed before the complaint is filed, and it is not sufficient to complete the exhaustion process after filing suit. *Gonzalez v. Seal*, 702 F.3d 785, 788 (5th Cir. 2012). Plaintiff's objections do not point to any competent summary judgment evidence suggesting there is a fact issue as to whether Plaintiff satisfied the pre-filing exhaustion requirement.

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 21st day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE