**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| NICKOLAS WOLFFORD, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 9:23-CV-48 |
| | § | |
| *versus* | § | |
| | § | |
| JULIE SMITHERMAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

The court previously entered a Final Judgment dismissing this matter pursuant to Federal Rule of Civil Procedure 56. The plaintiff subsequently filed a notice of appeal and a motion seeking leave to proceed *in forma pauperis* on appeal.

Under 28 U.S.C. § 1915(g), prisoners are prohibited from proceeding *in forma pauperis*, either at the district court level or on appeal, if at least three of their prior lawsuits or appeals have been dismissed as frivolous or malicious, or for failing to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury.

Prior to the date on which the plaintiff filed his notice of appeal in this matter, he had lawsuits dismissed as frivolous or for failure to state a claim on at least three prior occasions while incarcerated. *See Wolfford v. Hyland,* Civil Action No. 9:24cv87 (E.D. Tex. July 12, 2024); *Wolfford v. Hendrick Med. Ctr.*, Civil Action No. 1:23cv102 (N.D. Tex. Feb. 4, 2025); *Wolfford v. 349th Dist. Ct. of Houston*, Civil Action No. 9:23cv43 (E.D. Tex. Feb. 17, 2026). The plaintiff has not demonstrated he was in "imminent danger of serious physical injury" on the date he filed his notice of appeal. Accordingly, Section 1915(g) bars the plaintiff from

proceeding with his appeal on an *in forma pauperis* basis. His motion must therefore be denied.

**ORDER**

For the reasons set forth above, the plaintiff's application to proceed *in forma pauperis* on appeal (#171) is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE